# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **EXECUTIVE PLACES, G.P.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ERIE INSURANCE EXCHANGE,** )<br>)<br>**Defendant.** ) | Case No.: _____ |

## PETITION FOR REMOVAL

Without waiving any defenses, pursuant to 28 U.S.C. § 1441, Defendant Erie Insurance Company (incorrectly named as "Erie Insurance Exchange"), by and through its specially appearing counsel of record, gives notice of the removal of this case from the Chancery Court for Hamblen County at Morristown, Tennessee to the United States District Court for the Eastern District of Tennessee. As grounds for removal, Erie Insurance Company shows unto the Court as follows:

1. A civil action was originally filed in the Chancery Court for Hamblen County at Morristown, Tennessee on or about July 13, 2023 by Executive Places G.P. The Complaint incorrectly named the defendant as Erie Insurance Exchange instead of Erie Insurance Company (the correct entity, which issued the insurance policy at issue to Plaintiff). A copy of the Complaint is attached in the Court filings as Exhibit A.

2. Erie Insurance Company appeared on special notice dated October 17, 2023.

3. According to the Complaint, Plaintiff Executive Places G.P. is a Tennessee general partnership. Erie Insurance Company is an insurance company operating under the laws of the State of Pennsylvania with its principal place of business in Erie, Pennsylvania.

4. The Complaint alleges $108,546.06 in compensatory damages as the amount in controversy, plus an additional unspecified amount in damages for alleged breach of the Tennessee Bad Faith Statute and Consumer Protection Act, and attorney's fees and costs.

5. Because the parties are diverse, the amount in controversy is met, Erie Insurance Company is removing based upon diversity jurisdiction. By said removal, Erie Insurance Company is not admitting and/or waiving any arguments pertaining to jurisdiction and/or venue. This is a civil action alleging a breach of contract by Erie pertaining to a policy of insurance issued to Plaintiff.

6. Defendant Erie Insurance Company, the correct party to this action, has not been served with process, but appeared specially through its counsel on October 17, 2023. This Notice of Removal is timely filed, and is proper under 28 U.S.C. § 1446.

7. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 (a)(1) as the suit is between citizens and businesses of different states and the amount in controversy is alleged to exceed the sum of $75,000. While not conceding that this case has a value in excess of $75,000, Erie Insurance Company submits that the amount in controversy is satisfied for the purposes of discovery jurisdiction.

8. Venue of this removal action is proper pursuant to 28 U.S.C. § 1441(a) as this Court is the United States District Court for the district where the consolidated action is pending, notwithstanding any arguments and/or objections to venue.

9. In accordance with 28 U.S.C. § 1446(a), true copies of all pleadings filed to date in this action by any party are attached collectively as Exhibit A.

10. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served by U.S. Mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the

2

Chancery Court of Hamblen County at Morristown, Tennessee. The necessary filing fees are being paid simultaneously with the filing of the Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, Defendant Erie Insurance Company (incorrectly named as "Erie Insurance Exchange"), requests that this Court now REMOVE this civil action from the Chancery Court of Hamblen County at Morristown, Tennessee, and that further proceedings now be conducted in the United States District Court for the Eastern District of Tennessee, as provided for and consistent with the laws of the United States of America.

Respectfully submitted this 17th day of October, 2023.

**ERIE INSURANCE COMPANY**
**(INCORRECTLY NAMED AS**
**ERIE INSURANCE EXCHANGE)**

/s/ *Caroline Ross Williams*
Caroline Ross Williams (BPR #029454)
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
P: (423) 378-8800; F: (423) 378-8801
cwilliams@hsdlaw.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Petition for Removal* has been served by United States Mail, postage prepaid, to the office of counsel of record, on this the 17th day of October 2023, as follows:

Eric Foust, Esq.
422 S. Gay Street, Suite 302
Knoxville, TN 37902

**HUNTER, SMITH & DAVIS, LLP**

_/s/ Caroline R. Williams_
Caroline R. Williams